TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,
Respondent, v. JOEL RATHBONE, Appellant, Impleaded with CHARLES
PFIZER, JR., Defendant.

Appeal from a judgment of the Supreme Court, dated the 10th day of
June, 1915, and entered in the New York county clerk's office upon an
order entered on the 24th day of April, 1915, granting a motion for judg-
ment upon the pleadings, said appeal bringing up for review said order,
and also an order made on the 9th day of June, 1915, that the action be
severed and that the plaintiff might enter separate judgments against each
of the defendants.

PER CURIAM: The orders reviewed upon this appeal are affirmed.   The
judgment should be modified by reducing the amount to the liability
accruing after the assignment, and as so modified affirmed, without costs.
Clarke, P. J., and McLaughlin, J., dissenting and voting to affirm on the
opinion of Shearn, J., at Special Term.   Present — Clarke, P. J., McLaugh-
lin, Laughlin, Dowling and Smith, JJ.   Orders affirmed.   Judgment
modified as directed in opinion per curiam and as modified affirmed, with-
out costs.   Order to be settled on notice.

———

E. MOCH COMPANY, Appellant, v. THE SECURITY BANK OF NEW YORK,
Respondent.

Appeal from an order of the Supreme Court, entered in the New York
county clerk's office on the 22d day of November, 1915, denying a motion
to vacate an order for the examination of plaintiff by its treasurer or to
limit the scope of the examination.

PER CURIAM: The order appealed from should be modified so as to
limit the examination to matters concerning the ownership and transfer
of stock to the plaintiff corporation by E. Moch as president after the
date of the alleged misappropriation, and as so modified affirmed, without
costs.   Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.
Order modified as directed in opinion, and as modified affirmed, without
costs.   Order to be settled on notice.

———

ABRAHAM BERGER, Respondent, v. THE EBLING BREWING COMPANY,
Appellant.

Appeal from an order of the Supreme Court, entered in the New York
county clerk's office on the 22d day of November, 1915, denying a motion
for a stay of proceedings.

PER CURIAM: The order appealed from should be reversed, with ten dol-
lars costs and disbursements, and the motion granted, on the authority of
Schwartz v. Minsker Realty Co. (166 App. Div. 681); Singer v. Garlick
(123 id. 282).   Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.
Order reversed, with ten dollars costs and disbursements, and motion
granted.